IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Ck # 1020*

IN RE:

RONALD DEE YATES
JACQUELYN COLLEEN YATES

CASE NO. 07-33336-W

JUDGE MARY ANN WHIPPLE

William L. Swope, Trustee
221 South Main Street
Findlay, OH 45840
(419) 422-0288
Sup. Ct. #0029538

*# 128630*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 0.39 |
| | $ 0.39 |

A check for $0.39 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: June 23, 2010

William L. Swope
Trustee